KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
ANNAKARINA DE LA TORRE-FENNELL, State Bar No. 301862
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-7487
 Fax:  (916) 324-5205
 E-mail:  Annakarina.Fennell@doj.ca.gov
*Attorneys for Defendant
Kandkhorova*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **AVERILLE WILLIS,**<br><br>Plaintiff,<br><br>v.<br><br>**NELLYA KANDKHOROVA,**<br><br>Defendant. | 1:15-cv-01572-AWI-MJS (PC)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO SERVE DISCOVERY RESPONSES**<br><br>Trial Date:     None<br>Action Filed:  October 15, 2015 |

/ / /

/ / /

/ / /

1

**STIPULATION**

On October 12, 2016, Plaintiff served Defendant with interrogatories.  Defendant's responses to Plaintiff's interrogatories are currently due on November 29, 2016.  Defendant needs additional time to prepare her responses due to her unavailability.  The parties, by and through their attorneys, agree and stipulate to extend this deadline by thirty days, up to, and including, December 29, 2016.

SO STIPULATED:

Dated:  November 29, 2016         */s/ Travis E. Stroud*_____
                                  TRAVIS E. STROUD
                                  *Attorney for Plaintiff Willis*


Dated:  November 29, 2016         */s/ Annakarina De La Torre-Fennell*
                                  ANNAKARINA DE LA TORRE-FENNELL
                                  Deputy Attorney General
                                  *Attorney for Defendant Dr. Kandkhorova*


**ORDER**

Good cause appearing, the above Stipulation in Case No. 1:15-cv-01572-AWI-MJS (PC) is approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   November 29, 2016         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2